IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JUSTIN MAYNARD, Reg. No. 1029567, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-4214-CV-C-NKL |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 25, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims against defendant Dr. Obandina, pursuant to the provision of Fed. R. Civ. P. 4(m). The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of June 25, 2008, is adopted. [38] It is further

ORDERED that plaintiff's claims against defendant Dr. Obandina are dismissed, pursuant to Fed. R. Civ. P. 4(m).

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: August 4, 2008
Jefferson City, Missouri